UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8244 DSF (JCG) | Date | December 29, 2010 |
|---|---|---|---|
| Title | William Rouser v. M. Nieto, *et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Beatriz Martinez | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED**

Pursuant to the Court's September 22, 2010 and November 4, 2010 Orders, Plaintiff was granted leave to file a Third Amended Complaint up and until December 6, 2010. (*See* Sep. 22, 2010 Ord. at 11-13; Nov. 4, 2010 Ord. at 1.) As of today's date, Plaintiff has yet to file a Third Amended Complaint.

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action, or portions thereof, should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files his Third Amended Complaint within **fourteen (14) days** of the date of this Order, he need not separately respond to this Order to Show Cause. Plaintiff is cautioned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action, or portions thereof, without prejudice.

cc: Parties of Record

|  | 00 : 00 |
|---|---|
| Initials of Preparer | bm |