# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUSER,<br><br>　　　　　　Plaintiff,<br>　　v.<br>M. NIETO, *et al.*,<br>　　　　　　Defendants. | Case No. CV 09-8244 DSF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 6/28/11

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1